No. 11–101. KELLEY v. CHICAGO PARK DISTRICT. C. A. 7th Cir. Motions of Intellectual Property Law Association of Chicago and Blane De St. Croix et al. for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 11–112. MCNEIL v. COMMISSIONER OF INTERNAL REVENUE ET AL. C. A. 8th Cir. Certiorari before judgment denied.

No. 11–142. KANAI v. MCHUGH, SECRETARY OF THE ARMY. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–5042. MODENA v. FEDERAL HOME LOAN MORTGAGE CORPORATION ET AL. C. A. 6th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 11–5045. MILLER v. UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–5049. SMITH v. VETERANS ADMINISTRATION ET AL. C. A. 10th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–5056. SMITH v. IDAHO ET AL. C. A. 10th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 11–5087. ADAMS v. CORCORAN, SUPERINTENDENT, WOODBOURNE CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–5099. WALKER v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 11–5101. KEISLING v. RENN ET AL. C. A. 3d Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 11–5150. KIDERLEN v. UNITED STATES. C. A. 8th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.